UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:12-00162 |
| | ) | |
| v. | ) | Chief Judge Haynes |
| | ) | |
| CHARLES LINAH PARRIS | ) | |

## JOINT MOTION FOR STATUS HEARING

The United States, through counsel David Rivera, United States Attorney for the Middle District of Tennessee, and Louis A. Crisostomo, Assistant United States Attorney, and Patrick T. McNally, counsel for defendant, hereby request that the Court set a status hearing.

On April 4, 2013, defendant moved to continue the trial and related deadlines, and waived his rights under the Speedy Trial Act. (Docket Nos. 21, 22). On April 5, 2013, the Court granted defendant's motion. (Docket No. 23). On February 3, 2014, new counsel for defendant filed his notice of attorney appearance upon the retirement of counsel with the Federal Public Defender's Office. (Docket No. 25). On July 23, 2014, the undersigned assistant U.S. attorney filed his notice of attorney appearance upon the extended leave of co-counsel for the United States. (Docket No. 27).

The parties have conferred and respectfully request that the Court set a status hearing during the week of November 3, 2014, to schedule a trial date and related deadlines that are

*ORDER*

*This motion is GRANTED. The conference is set for November 3, 2014 at 11:00 am*

*[Judge's signature] 8-11-14*

1